IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA STATE FAIR, INC.,<br><br>Defendant. | Case No. 3:11-cv-0185-TMB<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's Order on Motions for Summary Judgment at Docket 80, Defendant, Alaska State Fair, Inc., is awarded Final Judgment against Plaintiff, Great American Assurance Company, as follows:

| | |
|---|---|
| Principal Amount: | $ 3,432,940.41 |
| Prejudgment Interest: | 181,992.97 |
| Attorney's Fees | 96,798.67 |
| TOTAL JUDGMENT | $ 3,711,732.05 |

This Judgment shall bear interest at the rate of .12% per annum from the date hereof.

Pursuant to this Court's decision at Docket 80, the Court further determines that Joel Stefanski is entitled to the judgment proceeds based upon the assignment of claims from Alaska State Fair, Inc. to Joel Stefanski.

Pursuant to agreement of the parties, enforcement of this judgment is stayed upon appeal without the necessity of filing any bond.

ENTERED at Anchorage, Alaska, this 16th day of April, 2014.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE