UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>ALASKA STATE FAIR, INC.,<br><br>        Defendant - Appellee. | No. 14-35410<br><br>D.C. No. 3:11-cv-00185-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Pursuant to the stipulated motion of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                FOR THE COURT

                By: Claudia L. Bernard
                Chief Circuit Mediator

CLB/Mediation